## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 9:17-cv-81005-MIDDLEBROOKS/Brannon

TIFFANY TATE and
QUANTUM LUXURY
PROPERTIES, LLC,

      Plaintiffs,

vs.

IBIS PROPERTY OWNERS
ASSOCIATION, INC. and
IBIS GOLF & COUNTRY CLUB, INC.

      Defendant.

_____/

## DEFENDANTS, IBIS PROPERTY OWNERS ASSOCIATION, INC. AND IBIS GOLF & COUNTRY CLUB, INC.'S, JOINT MOTION TO COMPEL PLAINTIFFS TO APPEAR FOR DEPOSITION

**COME NOW**, Defendants, IBIS PROPERTY OWNERS ASSOCIATION, INC. and IBIS GOLF & COUNTRY CLUB, INC. (hereinafter collectively "Defendants"), by and through the undersigned Counsel, pursuant to Fed. R. Civ. P. 30, and hereby files this Motion to Compel Plaintiffs, TIFFANY TATE and QUANTUM LUXURY PROPERTIES, LLC (hereinafter collectively "Plaintiffs"), to appear for depositions and in support thereof state the following:

Tiffany Tate & Quantum Luxury Prop., Inc. v. Ibis Prop. Owners Ass'n, Inc., et al.
Case No. 9:17-cv-81005-DMM – MIDDLEBROOKS/Brannon
Defendants' Joint Motion to Compel Plaintiffs to Appear for Deposition
Page 2

1.      This litigation began on or about September 5, 2017, when the Plaintiffs filed a Complaint against the Defendants under allegations of discrimination.  [D.E. 3.]

2.      The office of the undersigned Counsel has been trying to coordinate dates for the depositions of Plaintiffs since December 20, 2017.   Copies of correspondences regarding the Plaintiffs' depositions are attached hereto as Composite Exhibit "A"

3.      On January 11, 2018, Plaintiffs' Counsel provided the undersigned with one date to take the deposition of four witnesses, two of which are Plaintiffs.  (*See* Exhibit "B")

4.       On January 12, 2018, the undersigned notified Plaintiffs' Counsel that a single day for four depositions was not possible and as such, requested that Plaintiffs' Counsel provide at least three (3) dates of availability for the requested depositions. (*See* Exhibit "C")

5.      Thereafter, on January 17, 2018, January 23, 2018 and January 24, 2018, the undersigned Counsel sent correspondences to Plaintiffs' Counsel again requesting Plaintiffs' availability for the taking of their deposition. (*See* Composite Exhibit "D")

Tiffany Tate & Quantum Luxury Prop., Inc. v. Ibis Prop. Owners Ass'n, Inc., et al.
Case No. 9:17-cv-81005-DMM – MIDDLEBROOKS/Brannon
Defendants' Joint Motion to Compel Plaintiffs to Appear for Deposition
Page 3

6.      On January 24, 2018, Plaintiffs' Counsel notified the undersigned that he did not believe that Plaintiffs' depositions would take more than one day. (*See* Exhibit "E")

7.      On January 24, 2018, the undersigned notified Plaintiffs' Counsel that they would agree to Plaintiffs' deposition to be taken on February 23, 2018, a date provided by Plaintiffs' Counsel on January 11, 2018. (*See* Exhibit "F")

8.      However, Plaintiffs' Counsel responded that Plaintiffs' were no longer available on the previously provided date and that Plaintiffs' Counsel was not available until the first two weeks in March or the first few days in April. (*See* Exhibit "G")

9.      The undersigned notified Plaintiffs' Counsel that this case is currently under a Trial Order which has set a discovery deadline of March 6, 2018 and requested that Plaintiffs' Counsel provide his clients' availability in February to ensure that the deadlines set forth in the Trial Order are met.  (*See* Exhibit "H")

10.      As of close of business on January 25, 2018, Plaintiffs' Counsel has not responded to the undersigned numerous attempts to schedule Plaintiffs' deposition necessitating the instant motion.

11.      Federal Rules of Civil Procedure 30(a)(1) provides that "A party may, by oral questions, depose any person, including a party, without leave of court except

Tiffany Tate & Quantum Luxury Prop., Inc. v. Ibis Prop. Owners Ass'n, Inc., et al.
Case No. 9:17-cv-81005-DMM – MIDDLEBROOKS/Brannon
Defendants' Joint Motion to Compel Plaintiffs to Appear for Deposition
Page 4

as provided in Rule 30(a)(2).   The deponent's attendance may be compelled by subpoena under Rule 45.

12.     Plaintiffs' steadfast refusal to ever coordinate their deposition dates has necessitated the instant motion.

13.     Given the foregoing, the undersigned Counsel requests entry of an Order requiring Plaintiffs to sit for their deposition within fifteen (15) days of entry of this Order.

14.     In an effort to secure a mutually agreeable date for the Plaintiffs' depositions without court action, and in good faith, the undersigned Counsel conferred with Plaintiffs' Counsel regarding this discovery matter, but Plaintiffs refused to provide any dates of availability.

15.     This Motion to Compel is not filed for the purpose of delay.

WHEREFORE, Defendants, IBIS PROPERTY OWNERS ASSOCIATION INC. and IBIS GOLF & COUNTRY CLUB, INC., respectfully request that this Honorable Court enter an Order requiring Plaintiffs, TIFFANY TATE and QUANTUM LUXURY PROPERTIES, LLC, to appear for their depositions within fifteen (15) days of entry of this Order and any other relief this Court deems just and proper.

Tiffany Tate & Quantum Luxury Prop., Inc. v. Ibis Prop. Owners Ass'n, Inc., et al.
Case No. 9:17-cv-81005-DMM – MIDDLEBROOKS/Brannon
Defendants' Joint Motion to Compel Plaintiffs to Appear for Deposition
Page 5

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on 26th day of January, 2018, I electronically filed

the foregoing documents with the Clerk of Court using CM/ECF.  I also certify that

the foregoing document is being served this day on all counsel of record identified on

the attached Service List in the manner specified, either via transmission of Notices

of Electronically Filing generated by CM/ECF or in some other authorized manner

for those counsel or parties who are not authorized to receive electronically Notice of

Electronic Filing.

> Vernis & Bowling of Palm Beach, P.A.
> Attorney for Defendant, *Ibis Property Owners*
> *Association, Inc.*
> 884 US Highway One
> North Palm Beach, FL 33408
> Telephone: (561) 775-9822
> Facsimile: (561) 775-9821
> E-Mail:     knissen@florida-law.com
>                    rharlowe@florida-law.com
> Secondary:  asconzo@florida-law.com
>                    cschrader@florida-law.com
>                    pbfiling@florida-law.com
>
>     /s/   *Karen M. Nissen*
> KAREN M. NISSEN, ESQ.
> Florida Bar No. 0883761
> ROBIN M. HARLOWE. ESQ.
> Florida Bar No. 17463

Tiffany Tate & Quantum Luxury Prop., Inc. v. Ibis Prop. Owners Ass'n, Inc., et al.
Case No. 9:17-cv-81005-DMM – MIDDLEBROOKS/Brannon
Defendants' Joint Motion to Compel Plaintiffs to Appear for Deposition
Page 6

# SERVICE LIST
## CASE NO. 9:17-cv-81005-DMM – MIDDLEBROOKS/Brannon

| | |
|---|---|
| Neil Bryan Tygar, Esquire<br>*Attorney for Plaintiffs*<br>Neil Bryan Tygar, P.A.<br>5341 W. Atlantic Avenue #303<br>Delray Beach, FL 33130<br>Telephone No. 561-455-0280 ext 11<br>Facsimile No. 561-455-0281<br>ntygar@me.com | Sheena D. Smith, Esquire<br>*Attorney for Defendant, Ibis Golf &*<br>*Club, Inc.*<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL 33401<br>Telephone No. 561-383-9200<br>Facsimile No. 561-683-897<br>Barry.postman@csklegal.com<br>Sheena.smith@csklegal.com<br>Marianne.coker@csklegal.com |