**Courtney Schrader**

From: Neil Tygar <ntygar@me.com>
Sent: Thursday, January 11, 2018 12:03 PM
To: Courtney Schrader
Subject: Re: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:


We can have them all available on feb 23rd 2018.

Neil


Neil Bryan Tygar, B.A., J.D. LL.M. RPD
Neil Bryan Tygar P.A.
5341 West Atlantic Ave #303
Delray Beach, FL 33484
561-455-0280 Phone
561-455-0281 Fax
561-305-5214 Cellular
www.myfloridarealestatelawyer.com
ntygar@me.com



On Jan 8, 2018, at 2:39 PM, Courtney Schrader <cschrader@florida-law.com> wrote:

Mr. Tygar,

As you know we are under a trial docket. Please provide us dates no later than end of business on Friday. Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

1

**EXHIBIT "B"**

**From:** Neil Tygar [mailto:ntygar@me.com]
**Sent:** Monday, January 08, 2018 2:01 PM
**To:** Courtney Schrader
**Subject:** Re: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

I am out of the country until Thursday And my paralegal is no longer with the firm as such there is no one in the office to schedule for you until I return.


Neil Tygar

On Jan 8, 2018, at 12:52 PM, Courtney Schrader <cschrader@florida-law.com> wrote:

> Good afternoon Mr. Tygar,
>
> As you know Mrs. Harlowe sent you an email on December 20, 2017 requesting availability for the depositions of the following people:
>
> 1) Tiffany Tate;
> 2) Novella Tascoe;
> 3) The Corporate Representative of Quantum Luxury Properties, LLC; and
> 4) The Corporate Representative of Sandpiper Strategies, LLC
>
> On January 3, 2018, I sent you a follow up email requesting a response to Mrs. Harlowe's request. To date, we have not received any response from your office.
>
> Please provide your availability and the availability of the above named individuals by close of business on Wednesday, January 10, 2018. If we do not hear from you by that time, we will have no choice but to file a Motion to Compel Depositions.
>
> Thank you.
>
> **Courtney Schrader**
> Florida Registered Paralegal
> **Vernis & Bowling of Palm Beach, P.A.**
> 884 U.S. Highway One
> N. Palm Beach, FL 33408
> Tel: 561-775-9822
> Fax: 561-775-9821
> cschrader@florida-law.com
>
> <image001.jpg>
>
> THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.
>
> **From:** Courtney Schrader
> **Sent:** Wednesday, January 03, 2018 12:33 PM

**To:** Robin Harlowe; Neil Tygar
**Cc:** ssheena.smith@csklegal.com
**Subject:** RE: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

Good afternoon,

I am following up on Mrs. Harlowe's request for depositions below. Please advise as to the availability for the requested depositions. Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL. This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Robin Harlowe
**Sent:** Wednesday, December 20, 2017 2:42 PM
**To:** Neil Tygar
**Cc:** ssheena.smith@csklegal.com; Courtney Schrader
**Subject:** 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

Hi Neil,
We would like to schedule the following depositions as soon as possible in light of the approaching Trial date:
1) Tiffany Tate;
2) Novella Tascoe;
3) The Corporate Representative of Quantum Luxury Properties, LLC; and
4) The Corporate Representative of Sandpiper Strategies, LLC

Kind provide availability for same no later than December 27, 2017.
Thank you,
Robin

**Robin Harlowe**
Attorney
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408

Tel: 561-775-9822
Fax: 561-775-9821
rharlowe@florida-law.com
Click Here for my contact info

<image001.jpg>

**THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL** This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.