**Courtney Schrader**

| | |
|---|---|
| From: | Courtney Schrader |
| Sent: | Wednesday, January 24, 2018 3:02 PM |
| To: | 'Neil Tygar'; sheena.smith@csklegal.com; Leslie A. Vargo (Leslie.Vargo@csklegal.com) |
| Cc: | Karen Nissen; Robin Harlowe; Andrea Sconzo |
| Subject: | RE: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al: |
| Importance: | High |

Good afternoon Mr. Tygar,

It wasn't until now that we were notified by you that Ms. Tate would also serve as the Corporate Representative for Quantum Luxury Properties. We will agree to have Ms. Tate's deposition as the Plaintiff and as the Corporate Representative on February 23rd beginning at 10am. A Notice of Deposition will be filed by the end of the week.

Additionally, we are entitled to the depositions of Ms. Tascoe and the Corporate Representative of Sandpiper Strategies. We understand that you will not be producing these witnesses and we intend to subpoena them for their depositions to take place in their home state.

We anticipate that Ms. Tascoe's deposition will take a full day and the Corporate Representative for Sandpiper Strategies should take a half a day. Please let me know if you are available on February 12th and February 21st for these additional depositions.

If we do not receive a response as to these depositions by end of business tomorrow, we will assume you are available on those dates and proceed with the scheduling of Ms. Tascoe and the Corporate Representative's depositions.

As stated in my prior emails, please select "reply all" when responding to ensure that all parties are aware of the scheduling process.

Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com



THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient

**EXHIBIT "F"**

of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Neil Tygar [mailto:ntygar@me.com]
**Sent:** Wednesday, January 24, 2018 1:01 PM
**To:** Courtney Schrader
**Subject:** Re: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:
**Importance:** High

You are asking in the federal case. We have given you a date previously for Ms. Tate, she is also the corp rep for Quantum. I find it incredulous that you think you need more than a day to depose Ms. Tate on this matter.

The other two requests you made are not parties to the Federal Litigation, and I believe reside out of state for Subpoena and deposition purposes.

If you are making a request in the state case please advise.

Neil



Neil Bryan Tygar, B.A., J.D. LL.M. RPD
Neil Bryan Tygar P.A.
5341 West Atlantic Ave #303
Delray Beach, FL 33484
561-455-0280 Phone
561-455-0281 Fax
561-305-5214 Cellular
www.myfloridarealestatelawyer.com
ntygar@me.com



On Jan 24, 2018, at 12:51 PM, Courtney Schrader <cschrader@florida-law.com> wrote:

Good morning Mr. Tygar,

I have sent four emails requesting the availability for the depositions of Ms. Tate, Ms. Tascoe and the corporate representatives for Quantum Luxury Properties and Sandpiper Strategies. To date, you have not responded to any of my requests. As stated in my email below, we anticipate that Ms. Tate and Ms. Tascoe will each take a day and believe we can take the Corporate Representatives in one day.

As such, I am proposing the following dates for the requested depositions:

February 12th
February 21st
February 23rd

Please provide you and your client's availability by the end of business tomorrow. If we do not receive your availability, we will file Motions to Compel these depositions.

Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Courtney Schrader
**Sent:** Tuesday, January 23, 2018 8:35 AM
**To:** 'Neil Tygar'; sheena.smith@csklegal.com; Marianne.Coker@csklegal.com
**Cc:** Karen Nissen; Robin Harlowe; Andrea Sconzo
**Subject:** RE: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:
**Importance:** High

Good morning Mr. Tygar,

Can you please advise as to my email below requesting additional dates for the depositions?

As you know, we are on a trial docket that begins in May and the discovery deadline is March 6th.

We need to schedule these depositions as soon as possible. Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Courtney Schrader
**Sent:** Wednesday, January 17, 2018 12:06 PM
**To:** 'Neil Tygar'; sheena.smith@csklegal.com; Marianne.Coker@csklegal.com
**Cc:** Karen Nissen; Robin Harlowe; Andrea Sconzo
**Subject:** RE: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:
**Importance:** High

Good morning Mr. Tygar,

I am following up on my email below regarding our request for depositions.  Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL. This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Courtney Schrader
**Sent:** Friday, January 12, 2018 11:40 AM
**To:** 'Neil Tygar'; sheena.smith@csklegal.com; Marianne.Coker@csklegal.com
**Cc:** Karen Nissen; Robin Harlowe; Andrea Sconzo
**Subject:** RE: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

Good morning Mr. Tygar,

We do not believe that all four depositions can be done in one day.  We expect that Ms. Tascoe and Ms. Tate's deposition will each take a full day each and believe that the two corporate representatives can be done on the same day.

We request that you provide at least three dates that you and the individual witnesses are available for deposition.

Additionally, please "reply all" when responding to ensure that Ms. Smith and her assistant are included in these scheduling matters.  Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408

Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Neil Tygar [mailto:ntygar@me.com]
**Sent:** Thursday, January 11, 2018 12:03 PM
**To:** Courtney Schrader
**Subject:** Re: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

We can have them all available on feb 23rd 2018.

Neil


Neil Bryan Tygar, B.A., J.D. LL.M. RPD
Neil Bryan Tygar P.A.
5341 West Atlantic Ave #303
Delray Beach, FL 33484
561-455-0280 Phone
561-455-0281 Fax
561-305-5214 Cellular
www.myfloridarealestatelawyer.com
ntygar@me.com



On Jan 8, 2018, at 2:39 PM, Courtney Schrader <cschrader@florida-law.com> wrote:

Mr. Tygar,

As you know we are under a trial docket. Please provide us dates no later than end of business on Friday. Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

5

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Neil Tygar [mailto:ntygar@me.com]
**Sent:** Monday, January 08, 2018 2:01 PM
**To:** Courtney Schrader
**Subject:** Re: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

I am out of the country until Thursday And my paralegal is no longer with the firm as such there is no one in the office to schedule for you until I return.

Neil Tygar

On Jan 8, 2018, at 12:52 PM, Courtney Schrader <cschrader@florida-law.com> wrote:

> Good afternoon Mr. Tygar,
>
> As you know Mrs. Harlowe sent you an email on December 20, 2017 requesting availability for the depositions of the following people:
>
> 1) Tiffany Tate;
> 2) Novella Tascoe;
> 3) The Corporate Representative of Quantum Luxury Properties, LLC; and
> 4) The Corporate Representative of Sandpiper Strategies, LLC
>
> On January 3, 2018, I sent you a follow up email requesting a response to Mrs. Harlowe's request. To date, we have not received any response from your office.
>
> Please provide your availability and the availability of the above named individuals by close of business on Wednesday, January 10, 2018. If we do not hear from you by that time, we will have no choice but to file a Motion to Compel Depositions.
>
> Thank you.
>
> **Courtney Schrader**
> Florida Registered Paralegal
> **Vernis & Bowling of Palm Beach, P.A.**
> 884 U.S. Highway One
> N. Palm Beach, FL 33408
> Tel: 561-775-9822
> Fax: 561-775-9821
> cschrader@florida-law.com
>
> <image001.jpg>
>
> THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under

applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Courtney Schrader
**Sent:** Wednesday, January 03, 2018 12:33 PM
**To:** Robin Harlowe; Neil Tygar
**Cc:** ssheena.smith@csklegal.com
**Subject:** RE: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association - Federal Case: 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

Good afternoon,

I am following up on Mrs. Harlowe's request for depositions below. Please advise as to the availability for the requested depositions. Thank you.

**Courtney Schrader**
Florida Registered Paralegal
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
cschrader@florida-law.com

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.

**From:** Robin Harlowe
**Sent:** Wednesday, December 20, 2017 2:42 PM
**To:** Neil Tygar
**Cc:** ssheena.smith@csklegal.com; Courtney Schrader
**Subject:** 0459-016317 Tate, Tiffany v. Ibis Property Owners' Association, et al:

Hi Neil,

We would like to schedule the following depositions as soon as possible in light of the approaching Trial date:
1) Tiffany Tate;
2) Novella Tascoe;
3) The Corporate Representative of Quantum Luxury Properties, LLC; and
4) The Corporate Representative of Sandpiper Strategies, LLC

Kind provide availability for same no later than December 27, 2017.
Thank you,
Robin

**Robin Harlowe**
Attorney
**Vernis & Bowling of Palm Beach, P.A.**
884 U.S. Highway One
N. Palm Beach, FL 33408
Tel: 561-775-9822
Fax: 561-775-9821
rharlowe@florida-law.com
Click Here for my contact info

<image001.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) AND IS CONFIDENTIAL This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any legal right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message and attachments, if any, from your system.