**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| TIFFANY TATE; and QUANTUM LUXURY PROPERTIES, LLC | ) ) ) | |
| Plaintiffs | ) ) | Case No. 9:17-cv-81005-MIDDLEBROOKS/Brannon |
| vs. | ) ) ) | |
| IBIS PROPERTY OWNERS ASSOCIATION, INC.; and IBIS GOLF & COUNTRY CLUB, INC. | ) ) ) | |
| Defendants | | |

**PLAINTIFFS' WITNESS LIST**

COMES NOW the Plaintiffs, Tiffany Tate and Quantum Luxury Properties, LLC, by and through the undersigned counsel, and hereby files their Witness List in compliance with the October 6, 2017 Pretrial Scheduling Order and Order Referring Case to Mediation and provides the following:

1. Tiffany Tate
   c/o Neil Tygar, P.A.
   5341 West Atlantic Avenue, Suite 303
   Delray Beach, Florida 33130

2. Novella Tascoe
   312 Willow Oak Circle
   Pikesville, Maryland 20108

3. Alan Cohen
   (unknown)

4. Corporate Representative for Quantum Luxury Properties, LLC
   c/o Neil Tygar, P.A.
   5341 West Atlantic Avenue, Suite 303
   Delray Beach, Florida 33130

5. Corporate Representative for Sandpiper Strategies, LLC
   312 Willow Oak Circle
   Pikesville, Maryland 21208

6. Curtis Allison
   c/o Vernis & Bowling of Palm Beach, P.A.
   884 U.S. Highway One
   North Palm Beach, Florida 33408

7. Corporate Representative of Ibis Property Owners Association, Inc.
   c/o Vernis & Bowling of Palm Beach, P.A.
   884 U.S. Highway One
   North Palm Beach, Florida 33408

8. Corporate Representative of Ibis Golf & Country Club, Inc.
   c/o Cole, Scott & Kissane, P.A.
   222 Lakeview Avenue, Suite 120
   West Palm Beach, FL 33401

9. Stephen LoGuidice
   c/o Cole, Scott & Kissane, P.A.
   222 Lakeview Avenue, Suite 120
   West Palm Beach, FL 33401

10. John Jorritsma
    c/o Cole, Scott & Kissane, P.A.
    222 Lakeview Avenue, Suite 120
    West Palm Beach, FL 33401

11. Michelle Bucolo
    c/o Cole, Scott & Kissane, P.A.
    222 Lakeview Avenue, Suite 120
    West Palm Beach, FL 33401

12. Michael Love
    c/o Cole, Scott & Kissane, P.A.
    222 Lakeview Avenue, Suite 120
    West Palm Beach, FL 33401

13. Ira Apatoff
    c/o Cole, Scott & Kissane, P.A.
    222 Lakeview Avenue, Suite 120
    West Palm Beach, FL 33401

14. Julie Roberts
    c/o Cole, Scott & Kissane, P.A.
    222 Lakeview Avenue, Suite 120
    West Palm Beach, FL 33401

15. Moreen Fand
    c/o Cole, Scott & Kissane, P.A.
    222 Lakeview Avenue, Suite 120
    West Palm Beach, FL 33401

16. Salvatore Faso
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

17. Fred Gladstone
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

18. Gordon Holness
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

19. Bobbie Leppert
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

20. Joel Lubin
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

21. Andrea Phillips
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

22. Thomas Rohrer
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

23. Peter Stein
    c/o Vernis & Bowling of Palm Beach, P.A.
    884 U.S. Highway One
    North Palm Beach, Florida 33408

24. Vicki Blackburn
    (unknown)

25. Michael Tobin
    (unknown)

26. All non-objectionable witnesses called by Defendant, IBIS PROPERTY OWNERS ASSOCIATION, INC.

27. All non-objectionable witnesses called by Defendant, IBIS GOLF & COUNTRY CLUB, INC.

28. All persons named or referred to in discovery, including any exhibits or documents produced by either party.

29. All persons named or referred to in depositions.

30. All persons named in all pleadings.

31. Custodian of any/all documents listed by either party or produced in discovery.

32. All rebuttal witnesses.

33. All impeachment witnesses

By listing any witness herein, the Plaintiff is not waiving any objection to that witness being called by another party, and is not waiving any objection to the competency of any witness.

DATED this 6th day of February, 2018.                    Respectfully submitted,

/s/ *Neil Bryan Tygar*
Neil Bryan Tygar, Esq.
Neil Bryan Tygar, P.A.
Attorney for Plaintiff
Tiffany Tate
Bar No. 0911100
5341 W. Atlantic Ave, #303
Delray Beach, FL 33484
Telephone:    (561) 455-0280
Facsimile:    (561) 455-0281
Email:        ntygar@me.com

-5-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of February, 2018, the foregoing document electronically filed and served upon all counsel of record via notice delivered by this Court's ECF System.

/s/ *Neil Bryan Tygar*
Neil Bryan Tygar, Esq.